**Order entered January 11, 2021**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00192-CR**
**No. 05-20-00194-CR**

**HENRY MUNOZ, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-19-0773 & 2-19-0774**

## ORDER

Because corrected clerk's records were filed in each appeal, we **STRIKE** the

March 16, 2020 clerk's records filed in each of these appeals.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE